IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00544-WYD

MICHAEL DEMPSEY,

    Plaintiff,

v.

J&A SERVICES, LLC, JAMES WHITELY,
AND ANN MARIE WHITELY,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Plaintiff's Motion to Appoint Local Magistrate Judge (ECF No. 10), filed April 2, 2015.  In this motion, the Plaintiff requests the appointment of a Magistrate Judge located in Grand Junction, Colorado, which is where the parties reside.  The Plaintiff explains that it would be more convenient, less burdensome, and less expensive for the parties to have status conferences and discovery related hearings in Grand Junction, Colorado.

The Plaintiff further explains that pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff's counsel was not able to confer with the attorney for the Defendants, as no attorney had been entered for the Defendants as of April 2, 2015.  On April 14, 2015, Defendants' counsel, Michael Santo, filed a motion (ECF No. 11) in this case seeking an extension of time to file an answer to the Plaintiff's complaint.  Since the Plaintiff's motion (ECF No. 10) remains pending and the Defendant is now represented by counsel, the parties shall confer pursuant to D.C.COLO.LCivR 7.1(a) in regard to the Plaintiff's motion.  The

Plaintiff shall then file an updated D.C.COLO.LCivR 7.1(a) certification that complies with the local rule.   Accordingly, it is

ORDERED that the parties shall confer pursuant to D.C.COLO.LCivR 7.1(a) in regard to the Plaintiff's Motion to Appoint Local Magistrate Judge (ECF No. 10) and that the Plaintiff shall then file an updated D.C.COLO.LCivR 7.1(a) certification that complies with the local rule **on or before Thursday, May 21, 2015**.

Dated:   May 13, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE