IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 15-cv-00544-WYD-GPG

MICHAEL DEMPSEY,
Plaintiff,

v.

J&A SERVICES, LLC, JAMES WHITELY,
AND ANN MARIE WHITELY,
Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

The above captioned case has been referred to U.S. Magistrate Judge Gordon P. Gallagher by U.S. District Judge Wiley Y. Daniel on May 22, 2015.

IT IS HEREBY ORDERED that a Scheduling Conference is set for **August 3, 2015 at 2:30 p.m. before Magistrate Judge Gordon P. Gallagher.**

IT IS ORDERED that parties shall adhere to the deadlines and instructions as set forth in **Preparation for Rule 16(b) Scheduling Conference**, located on the court's website under "Judicial Officers".

DATED this 2nd day of June, 2015.

BY THE COURT:

Gordon P. Gallagher
MAGISTRATE JUDGE